IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SARAH CERDA, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>SAINT ALPHONSUS REGIONAL MEDICAL )<br>CENTER, INC., an Idaho non-profit corporation; )<br>and KEN SHELDON, an individual, )<br>)<br>  Defendants. )<br>_____ ) | Case No. CV 05-491-S-EJL<br><br>ORDER |

This matter is before the Court on the parties' Stipulation to Amend Answer. (Docket No. 10). Federal Rule of Civil Procedure 15(a) allows a party to amend its pleading upon "written consent of the adverse party." Counsel for Plaintiff has stipulated in writing to the amendment of Defendants' Answer. *Stipulation*, p. 2 (Docket No. 10).

Accordingly, IT IS HEREBY ORDERED that the parties' Stipulation to Amend Answer (Docket No. 10) is GRANTED. Defendants shall file and serve their First Amended Answer to Complaint and Demand for Jury Trial within fourteen (14) days of the filing of this Order.

DATED: **March 1, 2006**.

_____
Honorable Larry M. Boyle
Chief U. S. Magistrate Judge

ORDER- 1